## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| GREENFIRST FOREST PRODUCTS INC. AND GREENFIRST FOREST PRODUCTS (QC) INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 22-00097 |

### JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action with each party to bear its own costs and fees.

           Respectfully submitted,

           /s/ Yohai Baisburd
           Yohai Baisburd
           Jonathan Zielinski
           Sarah E. Shulman
           CASSIDY LEVY KENT (USA) LLP
           900 19th Street, NW, Suite 400
           Washington, D.C. 20006
           Phone: (202) 567-2300
           Fax: (202) 567-2301
           Email: YBaisburd@cassidylevy.com
           *Counsel to GreenFirst Forest Products Inc.*
           *and GreenFirst Forest Products (QC) Inc.*

September 1, 2023

           BRIAN M. BOYNTON
           Principal Deputy Assistant Attorney General

|  |  |
|---|---|
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| OF COUNSEL:<br>Jesus N. Saenz<br>Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel for Trade<br>  Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230<br>Tel: (202) 482-8184<br>Email: Jesus.Saenz@trade.gov | /s/ Stephen C. Tosini<br>STEPHEN C. TOSINI<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-5196<br>Fax: (202) 305-2062<br>Email: stephen.tosini@usdoj.gov |
| September 1, 2023 | Attorneys for Defendant |

## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| **GREENFIRST FOREST PRODUCTS INC. AND GREENFIRST FOREST PRODUCTS (QC) INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Court No. 22-00097** |

## **ORDER**

Upon consideration of the USCIT R. 41(a)(1)(A)(ii) joint stipulation of dismissal signed by all parties, it is hereby

ORDERED that this action is dismissed.

Dated:  Septemeber 1, 2023                               /s/ Lewis Hugh
New York, New York                                            Deputy Clerk